# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH,<br><br>      *Plaintiff*,<br><br>    v.<br><br>3N INTERNATIONAL, INC.,<br><br>      *Defendant*. | Civil Action No. 1:21-cv-01720 (CJN) |

## ORDER DIRECTING PLAINTIFF TO SHOW CAUSE

Plaintiff filed this civil action on June 28, 2021, and issued a summons electronically on June 30, 2021. The record does not reflect that service has occurred.

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice . . . or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The ninety-day period having run, it is

**ORDERED** that Plaintiff shall show cause by November 7, 2022, why this action should not be dismissed. If Plaintiff does not file a written response by that date, the Court will dismiss the case pursuant to Federal Rule of Civil Procedure 4(m) and Local Civil Rule 83.23 for failure to prosecute.

DATE: October 25, 2022

                                                CARL J. NICHOLS
                                                United States District Judge